UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AARON WONG,

                        Plaintiff,

-against-

P.O. YOUNG YOO, Shield No. 27582, SERGEANT ANTHONY ALFANO, P.O. STEPHEN VIANI, Shield No. 21187, JAMES MANGONE, DETECTIVE LEONARD CIURCINA, Shield No. 5595,

                        Defendants.

No. 04 Civ. 4569 (CPS)(SMG)

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Cross-Plaintiff Leonard Ciurcina and Cross-Defendant James Mangone, through their respective attorneys, hereby stipulate pursuant to Rule 41(c) to a dismissal with prejudice of all claims brought against James Mangone by Leonard Ciurcina in the above entitled action, without costs to either party as against the other.

KARASYK & MOSCHELLA, LLP

By: _____
James M. Moschella

225 Broadway, 32nd Floor
New York, New York 10007
(212) 233-3800
Attorney for Leonard Ciurcina

HUGHES HUBBARD & REED LLP

By: _____
George A. Tsougarakis
Savvas A. Foukas
Josiah S. Trager
Joseph LoPiccolo

One Battery Park Plaza
New York, New York 10004
(212) 837-6000
Attorneys for James Mangone

Dated: October 24, 2007

Dated: October 24, 2007

SO ORDERED

s/Hon. Charles P. Sifton
_____
Hon. Charles P. Sifton
U.S.D.J.